STATE of Missouri, Respondent,

v.

David HIEBERT, Appellant.

No. WD 39758.

Missouri Court of Appeals,
Western District.

June 28, 1988.

Tim Wynes, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from conviction for felony stealing, Section 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).

Peggy Jean MARIER, Respondent,

v.

Donald Harold MARIER, Appellant.

No. WD 39746.

Missouri Court of Appeals,
Western District.

June 28, 1988.

Hugh D. Kranitz, St. Joseph, for appellant.

William D. Adkins, Liberty, for respondent.

Before KENNEDY, C.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from an award of maintenance in a dissolution action.

Judgment affirmed. Rule 84.16(b).